**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VANDUELIRA BARNES,**

      **Plaintiff,**

**-vs-**                                                    **Case No. 6:07-cv-1754-Orl-22DAB**

**BENZERENTERPRISES, INC. d/b/a**
**Benzer Gifts, ARVIND NANDU and**
**MONNICA NANDU,**

      **Defendants.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 25) filed on August 5, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 12, 2008 (Doc. No. 29) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. No. 25) is GRANTED. The settlement is hereby APPROVED.

   3.  This case is DISMISSED WITH PREJUDICE.

   4.  The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 27, 2008.

Copies furnished to:

Counsel of Record

              ANNE C. CONWAY
              United States District Judge